**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Roque SAENZ–QUINTELA, also known as Roque Saenz–Quintanilla, Defendant–Appellant.**

No. 11–50607
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 17, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Ricardo R. Alvarado, Esq., Alvarado Law Office, Midland, TX, for Defendant–Appellant.

Roque Saenz–Quintela, Big Spring, TX, pro se.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

---

PER CURIAM: *

The attorney appointed to represent Roque Saenz–Quintela has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Saenz–Quintela has filed a response. The record is insufficiently developed to allow consideration at this time of Saenz–Quintela's claim of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Saenz–Quintela's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Saenz Quintela's motion to appoint new counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.